■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON SULLIVAN, Appellant. [945 NYS2d 588]—Motion for writ of

error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.